# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No: 8: 05-cr-174-T-30EAJ

PELE LACRUZ WATKINS

        Defendant.
_____/

## O R D E R

Upon consideration, it is **ORDERED** that this cause is **TRANSFERRED** to the Honorable Susan C. Bucklew, with his/her consent, for all further proceedings.

**DONE** and **ORDERED** in Tampa, Florida on January 17, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
The Honorable Susan C. Bucklew
Counsel/Parties of Record

S:\Even\2005\05-cr-174.transfer.wpd